

# NUMBER 13-17-00437-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

RICARDO VAIZ AND
MARIA F. VAIZ,                                                    **Appellants,**

**v.**

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, AURORA BANK, FSB,
LEHMAN BROTHERS BANK, FSB, AND
NATIONSTAR MORTGAGE LLC,                                          **Appellees.**

---

**On appeal from the 138th District Court
of Cameron County, Texas.**

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

On April 16, 2019, appellees filed a notice of bankruptcy in this appeal.   According

to the notice, Aurora Commercial Corp. and Aurora Loan Services LLC filed bankruptcy

petitions on March 24, 2019, in the United States Bankruptcy Court for the Southern District of New York.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed the
22nd day of April, 2019.